# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN WILLIAMS,<br>    Plaintiff(s),<br>v.<br>BRIAN E. WILLIAMS SR., et al.,<br>    Defendant(s). | Case No.: 2:18-cv-01363-APG-NJK<br>**ORDER**<br>(Docket No. 13) |

Pending before the Court is Defendants' motion for an extension of time to respond to the complaint in this case. Docket No. 13. The Court **GRANTS** Defendants' motion. *Id.* Accordingly, Defendants must file their response no later than March 19, 2020.

IT IS SO ORDERED.

Dated: February 5, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1