# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN WILLIAMS,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>　　　Defendants. | Case No.: 2:18-cv-01363-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 49] |

Pending before the Court is Defendants' unopposed motion to extend the dispositive motions deadline. Docket No. 49. For good cause shown, the motion to extend is **GRANTED** and the dispositive motions deadline is **EXTENDED** until December 18, 2021. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

　　　IT IS SO ORDERED.

　　　Dated: November 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1