Patrick J. Reilly
Nevada Bar No. 6103
Matthew J. McKissick
Nevada Bar No. 15281
Maliq I. Kendricks
Nevada Bar No. 15254
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
preilly@bhfs.com
mmckissick@bhfs.com
mkendricks@bhfs.com
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Nathan Williams
in conjunction with Legal Aid Center
of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHAN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN E. WILLIAMS, SR, et al.,<br><br>Defendants. | Case No. 2:18-cv-01363-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF AND DEFENDANTS TO FILE RESPECTIVE RESPONSES TO PENDING MOTIONS**<br><br>**(FIRST REQUEST)** |

**STIPULATION**

The parties hereby agree and stipulate as follows:

1. This stipulation is made pursuant to LR IA 6-1.

2. On November 29, 2021, Plaintiff filed his Motion for Summary Adjudication ("Plaintiff's Motion") (ECF No. 48).

3. Defendants' Response to Plaintiff's Motion was due on December 20, 2021.

4. On December 21, 2021, Defendants filed their Motion to Extend Time to Respond to Plaintiff's Motion—they asked for an extension to respond to Plaintiff's Motion (January 3, 2022). (ECF No. 51). The Court has yet to rule on this motion; however, urgent last-minute tasks

1

1  requiring an immediate response have dropped into defense counsel's lap, which include a request
2  for a temporary restraining order and a separate motion for a preliminary injunction, not to mention
3  several other filings by various plaintiffs: an answer/Rule 12 motion to a handwritten amended
4  complaint of approximately seventy pages that adds over a dozen new defendants who have yet to
5  be served, numerous discovery responses are due, and several hearings are scheduled for this week
6  and next. Defense counsel will benefit from extending the previously requested extension, and for
7  the reasons stated in ECF No. 51 and in this paragraph, Defendants respectfully ask this Court to
8  endorse their stipulation.

9      5.     On December 21, 2021, Defendants filed their Motion for Summary Judgment
10 ("Defendants' Motion") (ECF No. 52).

11     6.     Plaintiffs' Response to Defendants' Motion is currently due to be filed on January
12 3, 2022.

13     7.     The parties agree and respectfully request that their respective response deadlines
14 be extended to January 17, 2022.

15     8.     This is the first request for an extension of this deadline.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

9. This stipulation is made in good faith and the request is not made in attempt to delay proceedings.

DATED this 3rd day of January, 2022.               DATED this 3rd day of January, 2022.

*/s/ Patrick J. Reilly*                             */s/ Alexander J. Smith*
Patrick J. Reilly, Esq.                             Alexander J. Smith
Matthew J. McKissick, Esq.                          STATE OF NEVADA
Maliq I. Kendricks, Esq.                            Office of the Attorney General
BROWNSTEIN HYATT FARBER                             555 E. Washington Ave., Ste 3900
SCHRECK, LLP                                        Las Vegas, NV 89101
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614                            *Attorney for Defendants*
                                                    *Brian Williams and Glenn Fowler*
*Attorneys for Nathan Williams
in conjunction with Legal Aid Center
of Southern Nevada Pro Bono Project*

## ORDER

**IT IS SO ORDERED.**

DATED this __4th__ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE