Patrick J. Reilly
Nevada Bar No. 6103
Matthew J. McKissick
Nevada Bar No. 15281
Maliq I. Kendricks
Nevada Bar No. 15254
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
preilly@bhfs.com
mmckissick@bhfs.com
mkendricks@bhfs.com
Telephone:  702.382.2101
Facsimile:  702.382.8135

*Attorneys for Nathan Williams
in conjunction with Legal Aid Center
of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHAN WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN E. WILLIAMS, SR, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-01363-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF AND DEFENDANTS TO FILE RESPECTIVE RESPONSES TO PENDING MOTIONS**<br><br>**(SECOND REQUEST)** |

**STIPULATION**

The parties hereby agree and stipulate as follows:

1.　　This stipulation is made pursuant to LR IA 6-1.

2.　　On January 3, 2022, the parties submitted their Stipulation and Order Extending Time for Plaintiff and Defendants to File Respective Responses to Pending Motions ("First Stipulation") (ECF. 53).

3.　　On January 4, 2022, the Court entered its Order Granting the First Stipulation (ECF. 54).

4.　　The parties' respective responses are currently due to be filed on January 17, 2022,

1

which is a federal holiday.

5. In light of the foregoing calendaring error, the parties agree and respectfully request that their respective response deadlines be extended to January 18, 2022.

6. This is the second request for an extension of this deadline.

7. This stipulation is made in good faith and the request is not made in attempt to delay proceedings.

DATED this 5th day of January, 2022.                    DATED this 5th day of January, 2022.

/s/ Patrick J. Reilly                                                   /s/ Alexander J. Smith
Patrick J. Reilly, Esq.                                                Alexander J. Smith
Matthew J. McKissick, Esq.                                     STATE OF NEVADA
Maliq I. Kendricks, Esq.                                           Office of the Attorney General
BROWNSTEIN HYATT FARBER                               555 E. Washington Ave., Ste 3900
SCHRECK, LLP                                                       Las Vegas, NV 89101
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614                                    *Attorney for Defendants*
                                                                                *Brian Williams and Glenn Fowler*
*Attorneys for Nathan Williams
in conjunction with Legal Aid Center
of Southern Nevada Pro Bono Project*

**ORDER**

**IT IS SO ORDERED.**

DATED this __6th__ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

2