AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

NATHAN WILLIAMS,

          Plaintiff,

v.

BRIAN E. WILLIAMS, SR. and GLENN FOWLER,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01363-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case.

8/5/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk