**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATHAN WILLIAMS,  Plaintiff-Appellant,  v.  BRIAN E WILLIAMS, Sr.; et al.,  Defendants-Appellees. | No.  22-16360  D.C. No. 2:18-cv-01363-APG-NJK District of Nevada, Las Vegas  ORDER |

Appellant did not file the opening brief by the due date.  This case is therefore dismissed for failure to prosecute.  *See* 9th Cir. R. 42-1.

This order, served on the district court, will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA168